# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

February 16, 2022

> Defendants' unopposed request is granted. The conference scheduled for February 23, 2022 is adjourned to March 29, 2022 at 10 a.m. The Court will exclude time until March 29, 2022 under the Speedy Trial Act for the purposes of allowing defense counsel to review discovery and engage in discussions about a possible resolution of the case. The Court finds that the ends of justice served by that exclusion outweigh the interest of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).
>
> SO ORDERED.
>
> Date: February 16, 2022  
> New York, New York
>
> _/s/ John P. Cronan_  
> JOHN P. CRONAN  
> United States District Judge

Hon. John P. Cronan  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: United States v. Cabrera, et al  
21 Cr. 565 (JPC)

Dear Judge Cronan:

    I respectfully write today on behalf of myself and Zachary Taylor, Esq., counsel for co-defendant Juan Tepi, and with the consent of Assistant United States Attorney Matthew King, Esq. to request a 45 day continuance of the status conference currently scheduled for February 23, 2022.

    I can report that as counsel for defendant Cabrera I am in advanced plea discussions with the government. I understand that counsel for defendant Tepi, who just recently appeared in the case, is engaged in discovery review. I further understand that A.U.S.A King is scheduled to begin a trial on March 2 that he expects to last until March 16 and that attorney Taylor will be out of the country and unavailable from March 21 through March 28, 2022. Accordingly, we respectfully request any date subsequent to March 28 that is convenient to the Court.

    A continuance will provide counsel with the time needed to resolve Mr. Cabrera's case and for counsel for Mr. Tepi to continue discovery review. Please be advised that counsels for defendants Cabrera and Tepi consent to the exclusion of speedy trial time until the adjourned date set by the Court.

    Thank you for your consideration and continued courtesies to counsel.

Respectfully submitted,  
/s/  
Richard H. Rosenberg

cc.: Matthew King, Esq. A.U.S.A.  
     Zachary Taylor, Esq.