

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2022

**BY ECF**

The Honorable John. P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jose Cabrera and Juan Tepi*, 21 Cr. 565 (JPC)

Dear Judge Cronan:

    The parties in the above-captioned case are scheduled to appear before this Court for a status conference on April 28, 2022, at 9 a.m.  The parties write now to respectfully request that the April 28, 2022 conference be used as a change of plea hearing for defendant Jose Cabrera and that a status conference for defendant Juan Tepi be adjourned for 30 days to permit the parties to engage in further discussions concerning a pre-trial resolution to his charges.

    The Government also requests the express exclusion of time in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7) from April 28, 2022, until the adjourned date set by the Court.  The interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because an exclusion will allow the parties to engage discussions about a pre-trial resolution.  The defendant Juan Tepi consents to the requested exclusion.

The parties' request is granted.  The Government and Defendant Cabrera shall appear for a change of plea hearing on April 28, 2022, at 5:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The status conference for Defendant Tepi is adjourned to May 31, 2022, at 3:00 p.m.  The Court will exclude time as to Defendant Tepi until May 31, 2022 under the Speedy Trial Act to allow defense counsel and the Government to engage in discussions about a possible pre-trial resolution of the case.  The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and Defendant Tepi in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Matthew J. King
Assistant United States Attorney
(212) 637-2384

    cc Richard Rosenberg, Esq., by ECF
       Zachary Taylor, Esq., by ECF

SO ORDERED.

Date:    April 19, 2022
           New York, New York

_____
JOHN P. CRONAN
United States District Judge