# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand twenty-four.

Before:  Sarah A. L. Merriam,
  *Circuit Judge.*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 24-2300 |
| v. | |
| Jose Cabrera, AKA Sealed Defendant 1, | |
| Defendant - Appellant. | |

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/16/2024__

Appellant moves the Court to hold this appeal in abeyance pending the district court's decision on his motion to file a late notice of appeal.

IT IS HEREBY ORDERED that the motion to hold the appeal in abeyance is GRANTED. Appellant must promptly inform this Court when the district court has issued a decision on his motion to file the late notice of appeal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/16/2024