UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
:
:
        -v-                                                        :    21 Cr. 565 (JPC)
:
JOSE CABRERA,                                                      :    <u>ORDER</u>
:
                        Defendant.                                 :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 20, 2024, Defendant Jose Cabrera filed a Notice of Appeal from the Court's August 5, 2022 Judgment imposing a sentence of 120 months' imprisonment followed by 3 years of supervised release. Dkt. 72. On that same day, Cabrera also moved for an extension of time to file his notice of appeal, alleging that he never received the 2022 Judgment because of tampering with the legal mail. Dkt. 71. The Second Circuit held in abeyance Defendant's appeal pending this Court's decision on Defendant's motion to file the late notice of appeal. Dkt. 76.

      Accordingly, the Government shall file a response to Defendant's motion by October 25, 2024.

      SO ORDERED.

Dated: October 18, 2024
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge