

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 25, 2024

**By ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Jose Cabrera*, 21 Cr. 565 (JPC)

Dear Judge Cronan:

    The Government respectfully submits this letter in response to the Court's order of October 18, 2024, requesting a response from the Government to defendant Jose Cabrera's motion for an extension of time to file his notice of appeal. The Government respectfully requests that the Court grant the Government one additional week to respond to Mr. Cabrera's motion, until November 1, 2024.

    Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                     By: _____
                              Matthew J. King
                              Assistant United States Attorney
                              (212) 637-2384