

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 25, 2024

**By ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Jose Cabrera*, 21 Cr. 565 (JPC)

Dear Judge Cronan:

    The Government respectfully submits this letter in response to the Court's order of October 18, 2024, requesting a response from the Government to defendant Jose Cabrera's motion for an extension of time to file his notice of appeal. The Government respectfully requests that the Court grant the Government one additional week to respond to Mr. Cabrera's motion, until November 1, 2024.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Matthew J. King
    Assistant United States Attorney
    (212) 637-2384

The instant request is granted. The deadline for the Government to respond to Mr. Cabrera's motion is hereby extended to November 1, 2024. The Clerk of Court is respectfully directed to close Docket Number 78.

SO ORDERED.
Date: October 25, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge