```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
            -v-                                     :          21 Cr. 565 (JPC)
                                                    :          24 Civ. 5594 (JPC)
JOSE CABRERA,                                       :
                                                    :              ORDER
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 16, 2024, Defendant Jose Cabrera filed a motion for relief under 28 U.S.C. § 2255. *Cabrera v. United States*, No. 24 Civ. 5594 (JPC) (S.D.N.Y), Dkt. 1. The Government responded to Cabrera's motion on November 1, 2024. *United States v. Cabrera*, No. 21 Cr. 565 (JPC) (S.D.N.Y.), Dkt. 80. In its response, the Government references the parties' plea agreement, but did not file the plea agreement on the docket. No later than December 5, 2025, the Government should file the plea agreement on the docket for this case.

SO ORDERED.

Dated: November 25, 2025
       New York, New York

————————————————————
JOHN P. CRONAN
United States District Judge